H5009b (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Aaron Minoru Pasion** <br> Name | United States Bankruptcy Court <br> District of Hawaii |
| Debtor 2 <br> (Spouse, if filing) | Name | Case number: **17–00276** <br> Chapter: **7** |

# NOTICE OF INTENT TO CLOSE CASE WITHOUT ENTRY OF A DISCHARGE

NOTICE IS GIVEN THAT:

The court may close this case without issuing a discharge because a personal financial management course provider has not notified the court that you have completed a debtor education course nor have you filed a completed and signed copy of Official Form 423 – Certification About a Financial Management Course showing the date of course completion and the number of the debtor education certificate. (Note: the debtor education requirement is separate from the credit counseling required before filing for bankruptcy.)

In a chapter 7 case, the certification was due not later than 60 days after the first date set for the meeting of creditors. In a chapter 11 or chapter 13 case, the certification was due no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or §1328(b)of the Code.

Official Form 423 – Certification About a Financial Management Course may be downloaded from the court's website www.hib.uscourts.gov. However, check with the course provider – some agencies will notify the court directly for the required certification. You may also submit for filing a copy of the debtor education certificate itself. Please note that each debtor in a joint case must file the certification or course certificate.

**THIS IS THE FINAL NOTICE OF THE NEED TO COMPLETE A DEBTOR EDUCATION COURSE AND FILE THE CERTIFICATION OR DEBTOR EDUCATION CERTIFICATE.** <u>If you fail to file a completed and signed copy within 14 days after the date of this notice the clerk will close the case without entry of a discharge.</u> If you later wish to file the certification after the case is closed in order to obtain a discharge, you must file a motion to reopen your case and pay a filing fee – currently, $260 in a chapter 7 case; $235 in a chapter 13 case.

Date: June 14, 2017

Clerk's Office: <br>
1132 Bishop Street, Suite 250 <br>
Honolulu, Hawaii 96813 <br>
(808) 522–8100 <br>
www.hib.uscourts.gov

Michael B. Dowling <br>
Clerk