Certificate Number: 15111-HI-DE-029435660

Bankruptcy Case Number: 17-00276


15111-HI-DE-029435660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2017, at 12:36 o'clock AM EDT, Aaron Minoru Pasion completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Hawaii.

Date:  June 17, 2017

By:    /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education